UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATRICK THORNTON and JESSICA THORNTON, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:23-CV-0043-G |
| AAA COLORADO, INC., | ) ) | |
| Defendant. | ) ) | |

# JUDGMENT

This judgment is entered pursuant to F. R. Civ. P. 58 and the memorandum opinion and order of this date. For the reasons stated in that memorandum opinion and order, it is **ORDERED** that the plaintiffs' claims are dismissed for lack of personal jurisdiction and that the defendant recover its costs of court.

August 8, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**